

LINK 69
case already closed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CHRIS LANGER**,

    Plaintiff,

v.

**GHARLAND GOZON**;
**HILDA B. GOZON**;
**BAHAY KUBO RESTAURANT, INC.**, a California Corporation; and Does 1-10,

    Defendants.

Case: 2:19-CV-09190-PSG-MAA

[~~proposed~~] Judgment Re: Summary Judgment

Following the court's ruling on May 5, 2021, granting Plaintiff's Motion for Summary Judgment, it is hereby ordered and adjudged that Plaintiff Chris Langer is entitled to an injunction requiring Defendants to provide and maintain accessible parking, dining surfaces and restrooms at the property located at or about 2330 W. Temple Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

1

[proposed] JUDGMENT          2:19-CV-09190-PSG-MAA

Dated: 5/26/21    By: /s/ Philip S. Gutierrez
Hon. Philip S. Gutierrez
United States District Judge

*Presented by*:
Isabel Rose Masanque, Esq.
858-375-7385
IsabelM@potterhandy.com
Attorney for Plaintiff